OLIVIA O. BISSELL, State Bar No. 119157
BISSELL & ASSOCIATES, P.C.
1028 N. Lake Avenue, Suite 101
Pasadena, CA 91104
Telephone: (951) 746-3801
Facsimile: (310) 300-0711
Email: oliviabissell@gmail.com

Associated with

EVANGELINE F. GROSSMAN, #176014
SHERNOFF BIDART
ECHEVERRIA BENTLEY LLP
600 S. Indian Hill Boulevard
Claremont, California   91711
Telephone:  909-621-4935
Facsimile:  909-447-2043
Email: egrossman@shernoff.com

*Attorneys for Plaintiff*

JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DAVIS, individually,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM GENERAL INSURANCE COMPANY, a Corporation; JASON DHALIWAL, an individual, and DOES 1 through 50, Inclusive,<br><br>Defendants | **CASE NUMBER: 2:16-cv-03470-AB(RAOx)**<br>*[Assigned to U.S. District Court Judge André Birotte Jr.]*<br><br>**[PROPOSED] ORDER ON THE PARTIES' JOINT STIPULATION TO REMAND** |

[THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

---

1

**[PROPOSED] ORDER ON THE PARTIES' JOINT STIPULATION TO REMAND**

On June 21, 2016, the Parties to the above-referenced action filed a Stipulation to Remand to State Court. The Court, having reviewed that Stipulation and good cause appearing, orders as follows:

1. The Parties' Stipulation is approved;
2. Central District of California Case No. 2:16-cv-03470-AB (RAOx) styled *ANTHONY DAVIS V. STATE FARM GENERAL INSURANCE COMPANY* is hereby remanded to Department S26 of the Superior Court of the State of California, in and of the County of Los Angeles, South District, Hon. Michael P. Vincencia presiding.

IT IS SO ORDERED.

Dated: June 23, 2016

Hon. André Birotte Jr.
United States District Judge